IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE WILLIAMS | : | CIVIL ACTION |
| V. | : | NO. 02-2823 |
| FIRST UNION NATIONAL BANK | : | |

O R D E R

    **AND NOW, TO WIT:** this 15th day of October, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

    **ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:** _____
        Rita L. Polkowski
        Deputy Clerk